IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JILL BONG,<br><br>                               Plaintiff,<br><br>      v.<br><br>KATE BROWN *et al.*,<br><br>                              Defendants. | 6:23-cv-00417-MK<br><br>ORDER |

       Plaintiff's Motion for Preliminary Injunction Against Defendant Douglas County School District 15 (ECF No. 235) is referred to Judge Aiken.  Plaintiff's Motion to Strike State Defendant's Motion to Dismiss (ECF No. 236) is DENIED, as its contents appear to be substantive arguments in response to the State Defendants' Motion to Dismiss more appropriately included in Plaintiff's response to that motion and addressed in the Court's resolution of the motion to dismiss.  Plaintiff's Motion for Extension of Time to File Response to State Defendants' Motion to Dismiss (ECF No. 237) is DENIED AS MOOT, as it is premised on the need to wait for the resolution of ECF No. 236.  Plaintiff's Motion for Entry of Rule 54(b) Judgment (ECF No. 238) is DENIED, as Plaintiff does not provide any substantive argument why Plaintiff is entitled to judgment on Count 40 against Defendant Oregon Employment Department and Rule 54(b) is not the proper vehicle for adjudicating the merits of a claim.

       The Court notes that there has been an unusual amount of motion practice in this case given its current posture.  The pleadings have not yet been resolved, and it is therefore unclear what claims and parties will remain in the case.  Extended motion practice, particularly while much of it contains argument in direct response to already-pending motions, is impeding efficient litigation of this case.  "Federal courts possess certain 'inherent powers,' not conferred by rule or statute, 'to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 107 (2017) (quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962)).  Accordingly, based on the current posture of the case and in the interest of the orderly and expeditious disposition of

this case, the Court exercises its authority to stay this matter until existing motions are resolved. No new motions may be filed before all currently pending motions are resolved. The stay will be lifted upon the final resolution of all pending motions and objections (ECF Nos. 189, 210, 214, 216, 221, 222, and 235).

    IT IS SO ORDERED.

    DATED this <u>21st</u> day of August 2024.

                                           <u>s/ Mustafa T. Kasubhai</u>
                                           MUSTAFA T. KASUBHAI (He / Him)
                                           United States Magistrate Judge