Jill Bong
marszinmotion@yahoo.com
PO Box 321,
Days Creek, OR 97429
541-825-3541
Plaintiff, appearing Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JILL BONG,<br>Plaintiff,<br>v.<br>KATE BROWN et al.<br>Defendants. | Case No.:6:23-cv-00417-MTK<br><br>**NOTICE OF ERRATA** |

Plaintiff Jill Bong respectfully files this Notice of Errata regarding her Third Amended Complaint (ECF No. 297).

In Paragraph 12 of the Third Amended Complaint, Plaintiff names "State of Oregon" as a party. Throughout the complaint, Plaintiff refers to this same entity using the phrase "the state" in a lowercase, descriptive format.

For clarity and to avoid any confusion, Plaintiff notes that all references to "the state" in the complaint are intended to refer to the named party "State of Oregon" listed in Paragraph 12, unless otherwise contextually referring to state law or general government authority.

Date of signing:   May 16, 2025                                By: *s/Jill Bong*

                                                                                                JILL BONG, Plaintiff