Jill Bong
marszinmotion@yahoo.com
PO Box 321,
Days Creek, OR 97429
541-825-3541
Plaintiff, appearing Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JILL BONG,                                    Case No.:6:23-cv-00417-MTK
Plaintiff,
v.                                            **NOTICE OF ERRATA RE:**
KATE BROWN et al.                             **COUNT 1 – PARTY**
                    Defendants.               **DESIGNATION**
                                              **CLARIFICATION**

Plaintiff Jill Bong respectfully submits this supplemental Notice of Errata regarding her

Third Amended Complaint (ECF No. 297).

In **Count 1 (Conspiracy Against Rights – 42 U.S.C. § 1983)**, the line beginning:

*"For Damages against Brown, Banks and unknown legal counsel individually and*

*against all other Defendants in their Official and Individual Capacities except*

*Employment Department"*

was intended to **exclude OSBA from any claim in Count 1**.

Plaintiff clarifies that **Count 1** seeks damages against all individual defendants in their

personal capacities, and against the Oregon Education Association, Douglas County School

No. 6:23-cv-00417-MTK  **NOTICE OF ERRATA RE: COUNT 1 – PARTY
DESIGNATION CLARIFICATION**

District 15, and Douglas Education Service District. Count 1 does **not** seek damages—or any other form of relief—against OSBA or the Oregon Employment Department.

**This clarification applies only to the current procedural posture. Should the Court's prior dismissal of OSBA from Counts 1 and 11 with prejudice be reversed or modified, Plaintiff reserves the right to reassert those claims against OSBA.**

This clarification is provided to eliminate any ambiguity and preserve the accuracy of the record. No other changes are made or requested by this notice.

Date of signing:    May 18, 2025                    By: _s/Jill Bong_

                                                    JILL BONG, Plaintiff