Jill Bong
marszinmotion@yahoo.com
PO Box 321,
Days Creek, OR 97429
541-825-3541
Plaintiff, appearing Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JILL BONG, | Case No.: 6:23-cv-00417-MTK |
| Plaintiff, | |
| v. | **NOTICE TO COURT OF PENDING JUDICIAL NOTICE IN NINTH CIRCUIT REGARDING PARTY STATUS & DEFAULT (24-7834)** |
| KATE BROWN, et al., | |
| Defendants. | |

    Plaintiff hereby notifies this Court that on May 30, 2025, she filed a Motion for Judicial Notice with the United States Court of Appeals for the Ninth Circuit (Case No. 24-7834), addressing contradictions in this Court's treatment of party status and procedural default under Fed. R. Civ. P. 55(a). (attached Exhibit A)

    The motion is based on filings and orders from this docket, including ECF Nos. 284, 296, and 318, and seeks judicial notice of materials already in the record that bear directly on the issues presently before this Court.

Respectfully submitted on this day of May 30, 2025.

By: *s/Jill Bong*
JILL BONG, Plaintiff

No. 6:23-cv-00417-MTK    NOTICE TO COURT OF PENDING JUDICIAL NOTICE IN NINTH CIRCUIT REGARDING PARTY STATUS & DEFAULT (24-7834)