KAREN L. O'CONNOR, OSB No. 953710
karen.oconnor@stoel.com
JOHN B. DUDREY, OSB No. 083085
john.dudrey@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorney for Defendant Bob Sconce*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JILL BONG,<br><br>            Plaintiff,<br><br>     v.<br><br>KATE BROWN, in both her individual and official capacity as Governor of the STATE OF OREGON; RACHAEL BANKS, in both her individual and official capacity as Public Health Director of OREGON HEALTH AUTHORITY; STEVE WOODS, in both his individual and official capacity as Superintendent of DOUGLAS COUNTY SCHOOL DISTRICT 15 ("the School"); REX FULLER, in both his individual and official capacity as District Board member of the School; CLINT THOMPSON, in both his individual and official capacity as District Board member of the School; JOHN BOLING, in both his individual and official capacity as District Board member of the School; CHARLIE SAWYER, in both his individual and official capacity as District | Case No.:  6:23-cv-00417-MTK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL – DOMINIK K. MACKINNON** |

Page 1   -   NOTICE OF WITHDRAWAL OF COUNSEL – DOMINIK K. MACKINNON

Board member of the School; REBEKAH SAWYER, in both her individual and official capacity as District Board member of the School; VALERIE ANDERSON, in both her individual and official capacity as District Board member of the School; HOLLY HILL, in both her individual and official capacity as Human Resources Director of DOUGLAS EDUCATION SERVICE DISTRICT; BOB SCONCE, in both his individual and official capacity as Uniserv Consultant of OREGON EDUCATION ASSOCIATION; unknown legal counsel, in both their individual and official capacities as legal counsel for OREGON SCHOOL BOARDS ASSOCIATION ("insurer"); and OREGON EMPLOYMENT DEPARTMENT.

                Defendants.

NOTICE IS HEREBY GIVEN that Dominik K. Mackinnon, formerly of Stoel Rives LLP, withdraws as counsel for defendant Bob Sconce.

Karen L. O'Connor and John B. Dudrey of Stoel Rives LLP will continue as counsel for Defendant Bob Sconce. All future notices and pleadings should be directed to them.

DATED: January 28, 2026.

STOEL RIVES LLP

/s/ Karen L. O'Connor
KAREN L. O'CONNOR, OSB No. 953710
karen.oconnor@stoel.com
JOHN B. DUDREY, OSB No. 083085
john.dudrey@stoel.com

Telephone: 503.224.3380

*Attorney for Defendant Bob Sconce*

Page 2   -   NOTICE OF WITHDRAWAL OF COUNSEL – DOMINIK K. MACKINNON

151844858.1 0077596-00007